# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| NASIRUDDIN KHAN, of Edmonton, Alberta, Canada, Petitioner, <br><br> v. <br><br> TARFA FATIMA, Respondent. | ) ) ) ) ) Case No. 12 CV 1270 ) ) ) ) ) |

## ORDER FOR ISSUANCE OF WARRANT
## IN LIEU OF WRIT OF HABEAS CORPUS

**The Convention on the Civil Aspects of International Child Abduction, done at the Hague on October 25, 1980. International Child Abduction Remedies Act, 42 U.S.C. 11601 et seq.**

This cause coming to be heard on the PETITION FOR RETURN OF CHILD TO PETITIONER, The Convention on the Civil Aspects of International Child Abduction, done at the Hague on October 25, 1980 and the International Child Abduction Remedies Act; Respondent having accepted service of process; both parties being present in Court and the Court being fully advised,

IT IS THEREFORE ORDERED that:

1. Petitioner, NASIRUDDIN KHAN, is granted temporary custody of ZFK until further Order of Court.

2. The child is not to be removed from the jurisdiction of this Court.

3. Hearing on Petitioner's Petition is set for 5:00 p.m. on March 13, 2012.

DATED: 3/9/2012

UNITED STATES JUDGE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ILLINOIS
HON. HARRY LEINENWEBER

509460_1.DOC