IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NASIRUDDIN KHAN, | ) | |
| of Edmonton, Alberta, Canada, | ) | |
|     Petitioner, | ) | |
| | ) | Case No. 12CV1270 |
| v. | ) | |
| | ) | |
| TARFA FATIMA, | ) | |
|     Respondent. | ) | |

## ORDER

This matter coming on to be heard on the Verified Petition for Return of Child and Petition for Immediate Issuance of Show Cause Order to Respondent, The Convention on the Civil Aspects of International Child Abduction, done at the Hague on October 25, 1980 and the International Child Abduction Remedies Act, the Court having jurisdiction over the parties, NASIRUDDIN KHAN being present in open Court and represented by Schiller DuCanto & Fleck LLP, and TARFA FATIMA being present in open Court and represented by Mevorah Law Offices, the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. The March 9, 2012 Order shall remain in full force and effect until further order of Court.
2. Written discovery shall be exchanged by the parties on or before 12:00 p.m. on 3/19/2012.
3. The oral deposition of the parties, per specific request, shall take place at or before 12:00 p.m. on 3/21/2012.
4. The Respondent shall have three (3) supervised visitation sessions for three (3) hours each with the parties' minor child, ZFK, subject to Paragraph Five (5) herein. The specific schedule to be set up on the parties learning the availability of the supervisor. Said visits shall occur at the Children's Center at the Harold Washington Public Library located at 400 South State Street.
5. The only persons who shall be present at the supervised visitation pursuant to Paragraph Four (4) above are the Respondent, the designated supervisor, the minor child, ZFK, and the minor child (sibling of ZFK) SFK. The presence of SFK is permitted but is not a requirement for the visitations to occur. At no time shall any of the Respondent's family members or friends be at the location where the supervised visitation occurs. At no time shall the Petitioner or any of the Petitioner's family members or friends be at the location where the supervised visitation occurs. Petitioner and his sister, Jabin, are permitted to drop off and

510522-1

    pick up the minor child ZFK at said location but shall have no contact with Respondent. The visitation is supervised without prejudice to the Respondent.
6. This matter is set for Hearing on Petition for Immediate Return of the Minor Child, etc. on 3/22/2012 at 10:00 a.m. in room 1941.

Dated: 3/16/2012

                                      UNITED STATES JUDGE
                                      UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ILLINOIS
                                      HON. HARRY LEINWEBER

510522-1